Shaamini Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: sbabu@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers' Health
And Welfare Trust Fund for Northern California, *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CALIBER EQUIPMENT RENTALS, INC., a California Corporation; and KEVIN M. MASSEY, an individual, <br><br> Defendants. | Case No. 3:21-cv-01300-TSH <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs Operating Engineers' Health and Welfare Trust Fund for Northern California, et al. and Defendants Caliber Equipment Rentals, Inc. and Kevin M. Massey, individually (collectively "Parties") by and through their respective counsel of record, entered into a confidential settlement of this matter. Plaintiffs hereby dismiss with prejudice the Complaint in this action.

DATED: September 2, 2021

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Shaamini Babu
Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund for Northern
California, *et al.*

1

**STIPULATION FOR THE COURT TO DISMISS MATTER WITH PREJUDICE**
Case No. 3:21-cv-01300-TSH   \\SJLAW-FILES\Public\CLIENTS\OE3CL\Caliber Equipment Rentals\Pleadings\Drafts\Notice of Voluntary Dismiss 090221.docx

**PROOF OF SERVICE**

I, the undersigned, declare:

    1.    I am a citizen of the United States and am employed in the County of Alameda, State of California. My business address is 1141 Harbor Bay Parkway, Suite 100, Alameda, California 94502.

    2.    I am over the age of eighteen and not a party to this action.

    3.    On **September 2, 2021,** I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by enclosing a true and exact copy of each document in an envelope and depositing the sealed envelope with the United States Postal Service in a sealed envelope with first-class postage fully prepaid.

    4.    The envelope(s) were addressed and mailed as follows:

Amanda L. Voivedich
The Mouzis Law Firm
17671 Irvine Boulevard, Suite 207
Tustin, CA 92780

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **September 2, 2021**, at Alameda, California.

    /S/
Melissa Huang
Paralegal